## IRA SHATTUCK *v.* WILLIAM OAKES.

THE same point was raised in this as in the last case, and determined in the same manner. In the course of the circuit, the same question was several times brought before the court, and received a similar determination.